```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stason Sutton,

                Plaintiff,

-against-

GSH Associates, LLC and The Juice Press, LLC,

                Defendants.

1:22-cv-08465 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to me for general pretrial management. (ECF No. 7.) The parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Wednesday, January 4, 2023 at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               December 12, 2022

_____
STEWART D. AARON
United States Magistrate Judge