```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/2/2023
```

# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
GHP@ParkerHanski.com

February 2, 2023

<u>Via ECF</u>
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court

    **Re:**    *Stason Sutton v. GSH Associates, LLC and The Juice Press, LLC*

    **Docket No. 1:22-cv-08465 (PGG) (SDA)**

Dear Judge Aaron:

    We represent the plaintiff in the above-entitled action. On behalf of the parties, we write to advise the Court that the parties have been engaging in settlement communications and desire to continue to do so before a mediator. Accordingly, we write to respectfully ask the Court to issue an Order referring this action to the S.D.N.Y. Mediation Program and to adjourn the February 6, 2023 conference to a date after the parties conclude mediation. Thank you for your time and attention to this matter. With kindest regards, I am

    very truly yours,

    /s/
    Glen H. Parker, Esq.

Request GRANTED. The conference scheduled for February 6, 2023, is adjourned *sine die*. An order referring this case to mediation will be issued forthwith. The parties shall provide a joint letter of the status of mediation no later than Monday, May 8, 2023. SO ORDERED.
Dated: 2/2/2023

*[Signature: Stewart D. Aaron]*