# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

May 18, 2023

<u>Via ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York

    **Re:**    *Stason Sutton v. GSH Associates, LLC and The Juice Press, LLC*

    **Docket No. 1:22-cv-08465 (PGG) (SDA)**

Dear Judge Gardephe:

    We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline from May 21, 2023 to June 21, 2023 for an application to restore this action to the calendar. The reason for this request is because the parties require the additional time to finalize and fulfill the settlement terms. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

    very truly yours,

    /s/
    Glen H. Parker, Esq.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul Gardephe*
**Paul G. Gardephe, U.S.D.J.**
Date: May 23, 2023